# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:

**NUBIA TERESA PERAZA**,
SSN: XXX-XX-0177
     Debtor(s).

Case No.: **18-17638-CLC**

Chapter 13

## MOTION TO DETERMINE FINAL CURE
## WITH ISLANDS AT DORAL MASTER ASSOCIATION, INC.

**COMES NOW**, Debtor, **NUBIA TERESA PERAZA**, by and through the undersigned counsel, files this Motion to determine final cure with ISLANDS AT DORAL MASTER ASSOCIATION, INC. (hereinafter "ISLANDS"), and respectfully states and prays as follows:

1. The Debtor filed for relief under Title 11 Chapter 13 on June 26, 2018.

2. The Court entered an Order confirming the Second Modified Plan on September 23, 2020 [ECF 110] which proposed to cure and maintain the arrears owed to the HOAs throughout the sixty (60) month plan.

3. Pursuant to the Trustee's records, the Debtor has paid, and the Trustee has disbursed $17,231.25 in arrears payments to ISLAND pursuant to the terms of the Second Modified Chapter 13 Plan.

4. Pursuant to the Trustee's records, the Debtor has paid, and the Trustee has disbursed $5,208.14 in regular payments to ISLAND pursuant to the terms of the Second Modified Chapter 13 Plan.

5. Accordingly, the Debtor seeks an Order that determines final cure of the arrears held by ISLANDS AT DORAL MASTER ASSOCIATION, INC. over Debtor's real property located at 11129 NW 80th Lane, Miami, Fl 33178.

Case No.: **18-17638-CLC**

**WHEREFORE**, the Debtor, **NUBIA TERESA PERAZA**, respectfully moves this Court to enter an Order granting this Motion to Determine Final Cure with ISLANDS AT DORAL MASTER ASSOCIATION, INC., and for any such further relief this Honorable Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished by CM/ECF to Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and to ISLANDS AT DORAL MASTER ASSOCIATION, INC. at Mejia Shehadeh Giannamore, PLLC, 396 Alhambra Cir., Ste. 100A, Coral Gables, FL 33134 by US Mail this June 15, 2024.

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Respectfully submitted,**
CAVA Law, LLC.
Counsel for the Debtor
1390 South Dixie Highway
Suite 1110
Miami, FL 33146
T: (786) 675-6830
F: (786) 384-6909
eService@CavaLegal.com

 _/s/  Christina Vilaboa-Abel_
**CHRISTINA VILABOA-ABEL, ESQ.**
Fla. Bar No. 103186